IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

In the Matter Of

BARBARA JOYCE REAVES SMITH,                *

        Debtor,                                                      *
                                                        Bankruptcy Appeal No.7:24-cv-86 (WLS)

VINCE FARIDANI,                                                  *

        Appellant,                                                 *

V.                                                                              *

BARBARA JOYCE REAVES SMITH,
        Appellee.
_____

# **J U D G M E N T**

Pursuant to this Court's Order dated September 10, 2025, and for the reasons stated therein, JUDGMENT is hereby entered AFFIRMING the Bankruptcy court's decision.

JUDGMENT is hereby entered in favor of Appellee.

This 10th day of September, 2025.

                                                David W. Bunt, Clerk

                                                s/ Katie Logsdon, Deputy Clerk